PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jason Rodrigues                                                           Cr.: 01-00075-003

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 11/08/01

Original Offense: Conspiracy to Distribute 100 grams of Heroin

Original Sentence: 30 months imprisonment

Type of Supervision: 5 years supervised release                    Date Supervision Commenced: 05/23/03

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall serve a period of 2 months on home confinement with electronic monitoring. The offender shall be allowed to leave his home for purposes of work, school, religious observances, medical reasons, and substance abuse or mental health treatment. The offender shall pay the cost of the electronic monitoring at the current contract rate.

## CAUSE

The offender was arrested by the Elizabeth Police Department on August 9, 2007, and charged with criminal mischief. Arresting officers report that the offender was intoxicated when he threw a phone through his girlfriend's window. The offender admits to the consumption of alcohol and agrees to proposed sanction of home confinement.

Respectfully submitted,

By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 08/21/07

PROB 12B - Page 2
Jason Rodriguez

THE COURT ORDERS:
[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9.18.07
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The offender shall serve a period of 2 months on home confinement with electronic monitoring. The offender shall be allowed to leave his home for purposes of work, school, religious observations, medical reasons, and substance abuse or mental health treatment. The offender shall pay the cost of the electronic monitoring at the current contract rate.

Witness: _____
Senior U.S. Probation Officer
Donna W. Shaw

Signed: _____
Probationer or Supervised Releasee
Jason Rodriguez

9-7-07
DATE